(April 18, 1980)

In the Matter of MARILYN DIAZ, Appellant, et al., Petitioner, v ALICE SACHS et al., Constituting the Board of Elections of the City of New York, Respondents, and JOSE CRUZ et al., Respondents. In the Matter of MIGUEL SUAREZ, Respondent, v ALICE SACHS et al., Constituting the Board of Elections of the City of New York, Respondents, ALEXANDER CASTILLO et al., Respondents, and MARILYN DIAZ, Appellant.—Judgments, Supreme Court, Bronx County, each entered April 9, 1980, unanimously affirmed, without costs and without disbursements. (See *Matter of Suarez v Sadowski,* 48 NY2d 620; *Matter of Ambro v Coveney,* 20 NY2d 850, 20 NY2d 878; *Matter of Straniere v Cutolo,* 59 AD2d 572.) No opinion. Concur—Kupferman, J. P., Birns, Fein, Sandler and Silverman, JJ.